# IN THE SUPREME COURT OF THE STATE OF NEVADA

ABDUL HOWARD,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 72523

FILED

SEP 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from an order denying a petition for a writ of mandamus.[1]  Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

In his petition, appellant Abdul Howard sought resolution of a 2015 postconviction petition for a writ of habeas corpus in district court case number C189799.  Based upon our review of the record on appeal, we conclude that the district court did not err in denying the petition because a petition for a writ of mandamus is the improper vehicle for requesting such relief in the district court. *See* NRS 34.160.  Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

---

[1]Having considered the pro se brief filed by appellant, we conclude that a response is not necessary.  NRAP 46A(c).  This appeal therefore has been submitted for decision based on the pro se brief and the record. *See* NRAP 34(f)(3).

17-30881

cc: Hon. Douglas Smith, District Judge
Abdul Howard
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk